EDOK - Application for Search Warrant (Revised 5/13)

# United States District Court
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In the Matter of the Search of 401 E Duncan Road Trailer #25, Haskell, Oklahoma, Muskogee County | Case No. 25-MJ-5-DES |

## APPLICATION FOR SEARCH WARRANT

I, Zebulon Gensmer, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the **EASTERN** District of **OKLAHOMA** *(identify the person or describe property to be searched and give its location)*:

**SEE ATTACHMENT "A"**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT "B"**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☐ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of Title 18, United States Code, Section 1349, and the application is based on these facts:

☒ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*[Signature]*
Zebulon Gensmer, Deputy United States Marshal
USMS

Sworn to:

Date: January 8, 2025

City and state: Muskogee, Oklahoma

*[Signature]*
*Judge's signature*
D. EDWARD SNOW
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

**Affidavit in Support of an Application
Under Rule 41 for a Warrant to Search and Seize**

I, Zebulon Gensmer, being first duly sworn under oath, depose and state:

**Introduction and Agent Background**

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search 401 East Duncan Road Trailer #25, Haskell, Oklahoma, Muskogee County, Eastern District of Oklahoma, including outbuildings, as further described in Attachment A, for **JOSEPH LEE STARKEY**, the person described in Attachment B.

2. I am a federal law enforcement officer as defined under Rule 41(a)(2)(C) and am authorized to request this search warrant because I am a government agent who is engaged in enforcing federal criminal laws and I am within the category of officers authorized by the Attorney General to request such a warrant.

3. I, Zebulon Gensmer, am a Deputy United States Marshal (DUSM) with the U.S. Marshals Service (USMS) assigned to the Eastern District of Oklahoma. I am currently assigned to the Eastern District of Oklahoma's Violent Crime Fugitive Task Force. I conduct state and federal fugitive investigations as well as investigations involving sex offenders who have violated their sex offender registration. I am responsible for enforcing all laws in all jurisdictions of the United States, its territories, and possessions. I have been employed as a Deputy United States Marshal for six (6) years.

4. I am familiar with the facts and circumstances of the investigation into the apprehension of **STARKEY**. The facts set forth in this affidavit are based on my personal observations, knowledge obtained from other law enforcement officers, my review of documents related to this investigation, conversations with others who have personal knowledge of the events and

circumstances described herein, and a review of open-source information including information available on the Internet. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth every fact I or others have learned during this investigation.

5. Based on my training, experience, and the facts set forth in this affidavit, there is probable cause to believe that **JOSEPH LEE STARKEY** will be located at 401 East Duncan Road Trailer #25, Haskell, Oklahoma, Muskogee County, Eastern District of Oklahoma, including outbuildings, as further described in Attachment A.

**Probable Cause**

6. On December 18, 2024, the Department of Veterans Affairs (VA) Office of Inspector General (OIG) referred Northern District of Oklahoma federal warrant 24-CR-391-GKF for the subject **JOSEPH LEE STARKEY**, DOB 05/14/1980 on a sealed indictment for Conspiracy to Commit Wire Fraud and Mail Fraud; Conspiracy to Use False Writing; and Aggravated Identity Theft.

7. STARKEY's co-defendant Monica Thompson was arrested in the Northern District of Oklahoma and is currently released on conditions. According to Thompson, she and STARKEY were romantically involved during the time period that the charges stem from; however, have been separated now for about a year. She has not heard from STARKEY for "several months" except he has sent rap videos through Facebook Messenger. Thompson stated that **STARKEY** has a close associate, later identified as Andrea Wright. Thompson confirmed Facebook profiles for both STARKEY (profiles under names "Joseph Starkey" and "Kane Lyrikz") and Wright (profiles under names "Crown Dreski" and "Andre Wright") with DUSM Tim Lesher. All listed profiles are publicly viewable. A post made on the "Crown Dreski" profile on 12/18/2024 at 1336 hours is

2

a caption which states "Headed (back) to Haskell Oklahoma I fuck around in like living there as long as I can get my smoke we cool."

8. A post on the "Andre Wright" profile is a video posted on 12/19/2024 at 0747 hours, which shows Wright rapping to a song with STARKEY able to be seen in the background during the clip. A female's voice can be heard talking off camera periodically. The caption associated with the clip mentions "Crown Dreski". Additional videos, pictures, and posts appearing on the profiles for STARKEY and WRIGHT posted on 12/23/2024, 12/24/2024, and 12/25/2024 show STARKEY present at the same residence. In two of the videos posted by WRIGHT, a skylight is able to be seen in the ceiling of the kitchen area. A search of trailers in the Haskell area led investigators to check the trailer park at 401 East Duncan Road, which contained several trailers with skylights.

9. A picture posted on STARKEY's profile (profile name "Joseph Starkey") on December 22, 2024, shows STARKEY posing in front of a picture posted on the wall behind him. In the picture on the wall is a woman with a child. A "friend" of the profile "Joseph Starkey" (profile name "Kelli Harden") shows a profile picture of a woman that closely resembles the woman in the picture posted by STARKEY. The profile was determined to belong to Kelli Harden DOB: 10/28/1985. Her address was determined to be 401 East Duncan Road Trailer #25 Haskell, OK.

10. On January 2, 2025, USMS Task Force Officer (TFO) Chad Nail reviewed a Facebook post on Joseph Lee STARKEY's Facebook profile with several pictures depicting white and blue curtains with large curtain hangers posted from December 8 through 28. TFO Nail conducted an interview with trailer park staff that identified that Kelli Harden lived in Trailer #25. The worker confirmed that the picture shown depicts the interior of Trailer #25. The worker also stated he had

3

seen Joseph Lee STARKEY in and around the property over the last two weeks. TFO Nail could see the curtains from outside of the house that appear to match the curtains in the pictures.

11. On STARKEY's Facebook profile, his cover photo shows him holding an AR-style rifle. STARKEY has previous felony convictions, as well as multiple firearms, weapons, drug, and assault charges as recently as December of 2023. Wright also has a history of firearms, resisting law enforcement, robbery, and drug trafficking charges.

## Conclusion

Based on the information above, I submit that there is probable cause to search 401 East Duncan Road Trailer #25 Haskell, OK, including outbuildings, as further described in Attachment A, and seize JOSEPH LEE STARKEY described in Attachment B.

Respectfully submitted,

Zebulon Gensmer
Deputy United States Marshal
United States Marshals Service

Sworn to on January 8, 2025.

UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to be Searched

The property to be searched is a residence located at 401 East Duncan Road Trailer #25 Haskell, Oklahoma, Muskogee County, Eastern District of Oklahoma. The residence to be searched is located in "R and K Trailer Park" The graphical coordinates of the residence are 35.82813 N, -95.67193 W. The driving directions from Haskell Police Department at 109 S Broadway, Haskell, OK, are to drive north .2 miles on North Broadway Avenue, veer to the right on North Broadway for .4 miles, turn East on East Duncan Road and travel approximately 840 feet, turn north into the trailer park and travel approximately 200 feet, turn east into trailer #25. Satellite images have identified a white single wide trailer with light blue trim with metal roof and a skylight.




## ATTACHMENT B

### Person to be Seized

This warrant applies to the person of JOSEPH LEE STARKEY, date of birth 05/14/1980, and social security number 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, who is listed on his driver's license as 5 feet and 5 inches tall, weighing 175 pounds and having brown hair and hazel eyes, and who is pictured below:

